■ JIM MISSRY, an Infant, by HYMAN MISSRY, His Father and Guardian, Appellant, v VILLA ROMA RESORT HOTEL, Respondent. [682 NYS2d 362] —Appeal from an order of the Supreme Court (Donohue, J.), entered January 22, 1998 in Sullivan County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed upon the opinion of Justice Mary O. Donohue.

Mikoll, J. P., Crew III, Yesawich Jr., Carpinello and Graffeo, JJ., concur. Ordered that the order is affirmed, with costs.